**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERIC KENNETH JONES,** | : | |
| Petitioner | : | No. 1:13-cv-2526 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **VINCENT MOONEY, et al.,** | : | (Magistrate Judge Carlson) |
| Defendants | : | |

## ORDER

**AND NOW**, this 19th day of August 2015, **IT IS HEREBY ORDERED THAT:**

1.     Magistrate Judge Carlson's Report and Recommendation (Doc. No. 66) is **ADOPTED**;

2.     Petitioner's objections (Doc. No. 70) are **OVERRULED**;

3.     Petitioner Eric Kenneth Jones' petition for a writ of habeas corpus is **DENIED**;

4.     Petitioner's motions for rehearing and for an evidentiary hearing and appointment of counsel (Doc. Nos. 71, 73) are **DENIED**;

5.     A certificate of appealability **SHALL NOT ISSUE**; and,

6.     The Clerk of Court is directed to close the case.

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania