```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA
```

**GERALD A. WEST,**                  :
                                     :
      **Plaintiff**            :     No. 1:15-CV-00858
                                     :
    **vs.**                          :     (Judge Kane)
                                     :
**LIEUTENANT MILLER, et al.,**       :
                                     :
      **Defendants**           :

<u>ORDER</u>

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. West's complaint is **DISMISSED** for failure to prosecute and abide by a court order.

2. Defendants' motion to dismiss and/or for summary judgment (Doc. 12) is deemed unopposed and **GRANTED**.

3. The Clerk of Court shall **CLOSE** this case.

4. Any appeal from this order will be deemed frivolous, without probable cause and not taken in good faith.

                                          <u>S/ Yvette Kane</u>
                                          Yvette Kane
                                          United States District Judge

Date: December 15, 2015